UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-936 JVS (RNBx) | Date | June 22, 2012 |
| Title | Belle v. Chrysler Group, LLC | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)    **Order To Show Cause re Jurisdiction**

The Court has made a preliminary review of the jurisdictional allegations in the:

X    Complaint, filed June 12, 2012

    Notice of Removal ("Notice") filed

by Giuliano Belle ("Belle").

The initial pleading invokes jurisdiction Court on the Class Action Fairness Act, which at least in part depends on diversity of citizenship, 28 U.S.C. § 1332(d).  (Complaint, ¶¶ 22 .)

The following parties to the action are alleged to be a limited liability companies ("LLC"):

Chrysler Group, LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-936 JVS (RNBx)              Date  June 22, 2012

Title  Belle v. Chrysler Group, LLC

      Belle is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

      **A failure to respond may result in dismissal for lack of jurisdiction.**

                                                   0  :  00

Initials of Preparer  kjt